IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

ASHLEY DYER,    CASE NO:

    Plaintiff,

v.

SAM'S EAST, INC.,
a Foreign Profit Corporation,

    Defendant.

_____

## COMPLAINT

Plaintiff, ASHLEY DYER, by and through undersigned counsel, hereby sues Defendant, SAM'S EAST, INC., and alleges the following:

1. This is action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of interest and costs.

2. At all times material to this action, Plaintiff is and was a natural person residing in Volusia County, Florida.

3. At all times material to this action, Defendant is and was an Arkansas corporation licensed to and conducting business in Volusia County, Florida.

4. At all times material to this action, Defendant was in possession and control of a Sam's Club shopping premises located at 1460 Cornerstone Boulevard, Daytona Beach, FL 32117.

5. On or about February 18, 2019, while Plaintiff was a business invitee on Defendant's premises identified above, Plaintiff slipped and fell on unmarked water leaking from one of Defendant's coolers.

## EXHIBIT "A"

6. At all times material to this action, Defendant had a duty to its invitees, including Plaintiff, to maintain its premises in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

7. At the above time and place, Defendant breached its duties owed to Plaintiff by committing one or more of the following acts or omissions:

    a. Negligently failing to maintain the interior shopping area in a reasonably safe condition, specifically to ensure that designated walking surfaces were clean, dry, and reasonably safe for walking;

    b. Negligently failing to inspect or adequately inspect the interior shopping area, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff;

    c. Negligently failing to warn or adequately warn Plaintiff of the danger of the wet and slippery interior shopping area, when Defendant knew or through exercise of reasonable care should have known that said area was unreasonably dangerous and that Plaintiff was unaware of the same; and

    d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the wet and slippery interior shopping area, when this condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a direct and proximate result of this negligence, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement,

permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions.  These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, ASHLEY DYER, sues Defendant, SAM'S EAST, INC., for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this 3rd day of March, 2021.

*/s/ Brian W. Rush*
Brian W. Rush, Esquire
Florida Bar Number: 92015
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407) 203-6625
Fax: (321) 251-2485
Attorneys for Plaintiff
Brian.Rush@newlinlaw.com
andrea.ruiz@newlinlaw.com
Rush.Pleadings@newlinlaw.com